# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:11CR00108 JMM** |
| | ) | |
| **CHRISTOPHER MURPHY** | ) | |

## ORDER

The defendant's motion for Order for detention hearing is granted, and the hearing is set for March 10, 2014, at 11:00 a.m. The issues of release or detention will be addressed at the hearing.

IT IS SO ORDERED this  6   day of March, 2014.

UNITED STATES MAGISTRATE JUDGE